# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
RAMON ARELLANO-JIMENEZ

**SECRET**
*WARRANT FOR ARREST*

CASE NUMBER: CR 06-250-S-BLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **RAMON ARELLANO-JIMENEZ** and bring forthwith to the nearest magistrate to answer **AN INDICTMENT** charging with the below listed violation.

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) - DISTRIBUTING METHAMPHETAMINE
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 18 § U.S.C. 2 - DISTRIBUTING METHAMPHETAMINE

*Jamie Gearhart* (signature)

Jamie Gearhart, Deputy Clerk
Name and Title of Issuing Officer

November 16, 2006
Date

---

### RETURN

This warrant was received  11  16  06  and executed with the arrest of the above-named individual at  Boise, Id .

*Dan Stanford* (signature)
Signature of Arresting Officer

04 27 07
Date of Arrest

Dan Stanford, CIDUSM
Name & Title of Arresting Officer